UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON PIPER,

        Defendant.

_____/

Case No. 1:26-cr-00018

Robert J. Jonker
U.S. District Judge

INFORMATION
**PENALTY SHEET**

**CHARGE – Conspiracy to Introduce Misbranded Drugs Into Interstate Commerce with Intent to Defraud and Mislead – 18 U.S.C. § 371**

    **Penalty:** Not more than 5 years in prison and/or a $250,000 fine or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 3571(d)]

    **Supervised Release:** Not more than 3 years [18 U.S.C. § 3583]

    **Special Assessment**: $100 [18 U.S.C. § 3013]

    **Restitution:**  Mandatory [18 U.S.C. § 3663A]

Date:  February 20, 2026

/s/Stephanie M. Carowan
Stephanie M. Carowan

Submitted in accordance with Admin Order 17-MS-046